HON. JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST SHEET METAL WORKERS ORGANIZATIONAL TRUST, et al., <br><br> Plaintiffs, <br><br> v. <br><br> A&H MECHANICAL, INC. and SCOTT ABLITT, <br><br> Defendants. | Case No. 09-00913-JCC <br><br> ORDER FOR ENTRY OF DEFAULT JUDGMENT |

This matter comes before the Court on Plaintiffs' Motion for Summary Judgment (Dkt. No. 10), and Plaintiffs' reply. (Dkt. No. 20.) Defendant did not respond. Having thoroughly considered the parties' briefing and the relevant record, the Court finds oral argument unnecessary and hereby GRANTS Plaintiffs' motion. Judgment shall be entered in favor of plaintiffs against defendants A&H MECHANICAL, INC. and SCOTT ABLITT, jontly and severally, as follows:

ORDER FOR ENTRY OF DEFAULT
JUDGMENT – 2:09-cv-00913-JCC - 1

1. Sixty-three Thousand, Two Hundred, Twenty-six and 68/100 Dollars ($63,226.68) in employee benefit contributions due for the period June 2008 and April to July 2009, inclusive, with interest at the rate of 12% per annum until paid;

2. Thirteen Thousand, Five Hundred, Twenty-eight and 44/100 Dollars ($13,528.44) in liquidated damages for the period June 2008 and April through July 2009, inclusive, with interest at the rate .41% per annum until paid;

3. One Thousand, Nine Hundred, Four and 17/100 Dollars ($1,904.17) in pre-judgment interest through January 14, 2010 on June 2008 and April through July 2009 contributions, with interest at the rate of .41% per annum until paid;

4. Six Hundred, Seventy-five and 00/100 Dollars ($675.00) in costs, with interest at the rate of .41% per annum until paid; and

5. One Thousand, One Hundred, Five and 50/100 Dollars ($1,105.50) in attorneys' fees, with interest at the rate of .41% per annum until paid.

DATED this 14th day of January, 2010.

_____
John C. Coughenour
UNITED STATES DISTRICT JUDGE